**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00340-CV**
_____

**MARSHALL JACKSON JR., Appellant**

**V.**

**VIVIAN DAVIS, TAMMY BASSETT AND LATONIA JONES, Appellees**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-197446**

**MEMORANDUM OPINION**

The trial court signed a final judgment on August 15, 2016. Marshall Jackson Jr. filed a notice of appeal but failed to file a brief. On November 17, 2016, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On December 6, 2016, we notified the parties that the appeal

1

would be submitted to the Court on December 27, 2016, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on December 27, 2016
Opinion Delivered December 29, 2016

Before Kreger, Horton, and Johnson, JJ.